```
                              FILED
                         CLERK, U.S. DISTRICT COURT


                         CENTRAL DISTRICT OF CALIFORNIA
                         BY: _____ DEPUTY
```

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PROPECIA (FINASTERIDE) PRODUCTS
LIABILITY LITIGATION                                    MDL No. 2331
    2:12-cv-02470-PA-VBK
    Eugene Moore v. Merck and Co Inc et al

(SEE ATTACHED SCHEDULE)


**CONDITIONAL TRANSFER ORDER (CTO−1)**


On April 16, 2012, the Panel transferred 8 civil action(s) to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable John Gleeson.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Gleeson.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of New York for the reasons stated in the order of April 16, 2012, and, with the consent of that court, assigned to the Honorable John Gleeson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY ATTEST
DATED: 04/26/2012
DOUGLAS C. PALMER
CLERK OF COURT
BY: AUGUST MARZILIANO
CASE ADMINISTRATION SUPERVISOR

IN RE: PROPECIA (FINASTERIDE) PRODUCTS
LIABILITY LITIGATION                                                              MDL No. 2331

### SCHEDULE CTO-1 − TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**CALIFORNIA CENTRAL**

| CAC | 2 | 12−02470 | Eugene Moore v. Merck and Co Inc et al |

**DISTRICT OF COLUMBIA**

| DC | 1 | 11−00991 | ANNALA v. MERCK &CO., INC. et al |

**FLORIDA SOUTHERN**

| FLS | 0 | 12−60040 | Smith v. Merck &Co., Inc. et al |
| FLS | 1 | 12−21406 | Koch v. Merck &Co., Inc. et al |
| FLS | 9 | 12−80209 | Gary v. MERCK &COMPANY, INC. et al |

**MISSOURI EASTERN**

| MOE | 4 | 12−00547 | Keune et al v. Merck &Co, Inc. et al |

**NEW JERSEY**

| NJ | 3 | 12−01560 | BLANKENSHIP v. MERCK &CO., INC. et al |

**OHIO NORTHERN**

| OHN | 1 | 12−00317 | Gregory Jankowski v. Van Scoy Hair Clinic, Inc. et al |
| OHN | 5 | 11−02609 | Richmond v. Merck &Co., Inc. et al |